NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN HASKELL, an individual, PCP )
GROUP, LLC, a Florida limited liability )
company, and CHARLES ARANA, an )
individual, )
        Petitioners, )
         )
v. )    Case No. 2D17-5060
         )
UNNI HASKELL, an individual, )
         )
        Respondent. )
_____ )

Opinion filed May 25, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Amy M. Williams,
Judge.

William P. Cassidy, Jr. and Nicole Deese
Newlon of Johnson & Cassidy, P.A.,
Tampa, for Appellants.

Richard C. Alvarez and Eric R. Maier of
Older Lundy & Alvarez, Tampa, for
Appellee.


PER CURIAM.


        Dismissed.


VILLANTI, CRENSHAW, and BLACK, JJ., Concur.